587 A.2d 312

**In re ELECTION OF DEMOCRATIC PARTY COUNTY COMMITTEE POSITIONS, 8TH DISTRICT, BOROUGH OF GLASSPORT.**

**Appeal of John D'ANGELO and Karen Bucy.**

Supreme Court of Pennsylvania.

Argued March 7, 1991.

Decided March 21, 1991.

Falco A. Muscante, Pittsburgh, for appellant.

James E. Scanlon, Director, Mark Wolosik, Deputy Director, Dept. of Elections, Allan J. Opsitnick, Asst. County Sol., Allegheny County Law Dept., Ronald J. Brown, Grogan, Graffam, McGinley & Lucchino, P.C., Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

McDERMOTT, J., did not participate in the consideration or decision of this case.